IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHRINIVAS SUGANDHALAYA,

    Plaintiff,

  v.

HEM CORPORATION PRIVATE LIMITED,

    Defendant.
                               /

No. C 12-01179 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

    The Court **DENIES** the parties' stipulation to continue the case management conference for five weeks. The complaint was filed on March 8, 2012, so the parties have had plenty of time to "settle" the case. It's time to move this case along.

**IT IS SO ORDERED.**

Dated: July 9, 2012.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE