IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHRINIVAS SUGANDHALAYA,

    Plaintiff,

v.

HEM CORPORATION PRIVATE LIMITED,

    Defendant.

No. C 12-01179 WHA

**ORDER DENYING PARTICIPATION BY TELEPHONE**

The Court **DENIES** plaintiff's request to attend the case management conference by telephone due to the difficulty of conducting a hearing via the courtroom telephone. In addition, plaintiff will already be represented by co-counsel in the courtroom.

**IT IS SO ORDERED.**

Dated: July 11, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE